UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| FLEXIBLE PACKAGING CO INC | CASE NO. 09-02335 ESL [*Lead case*] |
| FLEPAK INVESTMENT INC | CASE NO. 09-0227 |
| FLEXPAK SHARES SERVICES DIV INC | CASE NO. 09-02338 |
| D.I.P. | CHAPTER 11 |

MOTION WITHDRAWING REQUEST TO WITHDRAW FROM LEGAL REPRESENTATION OF THE CREDITORS COMMITTEE

TO THE HONORABLE COURT:

**COMES NOW** the Creditor's Committee through the undersigned attorney who respectfully STATES and PRAYS:

1. On February 24, 2010 the undersigned attorney moved for authorization to withdraw from the Creditor's Committee due to a potential conflict of interest and this Court promptly allowed the withdrawal.
2. The conflict of interest has now been resolved and eliminated. Its resolution allows our renewed representation of the Creditor's Committee and does not impact in any form this attorney's representation or participation in any of the two matters that caused our request for withdrawal.
3. The Creditor's Committee has asked that we withdraw our resignation from their representation and we have agreed if the Court so allows.

WHEREFORE, prior counsel for the duly appointed Creditor's Committee respectfully requests to withdraw her resignation from the representation of the Committee and requests this Court to allow for its withdrawal and to set aside its Order relieving this attorney from said representation.

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the U.S.T. and to all subscribed users and especially to counsel for D.I.P., Mr. Wigberto Lugo Mender, Esq. and to the Creditor's Committee to each

member individually at: Smurfit Stone Container Corp, Mr. Edwin Miranda, Comptroller, 47 Amelia Street, Guaynabo, Puerto Rico 00968-8009 at emiranda@smurfit.com; Tech Aerofoam Products, Ms. Brenda L Roldan, PO Box 364787, San Juan, Puerto Rico 00936 at brendar@techproductspr.net; Canusa Corporation, Mr. Michael Walter, Risk Manager, 1532 Thames Street, Baltimore, MD 21231 at mikew@canusacorp.com

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 5th day of March 2010

/s/ *L.A. Morales*

L.A. MORALES & ASSOCIATES P.S.C.

URB VILLA BLANCA

76 AQUAMARINA

CAGUAS, PR 00725-1908

TEL787-746-2434FAX258-2658
lamoraleslawoffice@gmail.com