

*EXHIBIT 5*

# FLEXIBLE PACKAGING GROUP CONSOLIDATED
## TENTATIVE PROJECTIONS
## FOR YEARS ENDING

|  | Sept. 30, 2011 | % | Sept. 30, 2012 | % |
|---|---|---|---|---|
| **Net Sales** | 22,454,400 | 100% | 26,625,000 | 100% |
| Material Cost | 9,380,760 | 42% | 11,656,500 | 44% |
| Direct Labor | 2,469,984 | 11% | 2,770,750 | 10% |
| Mfg. Supplies | 378,442 | 2% | 453,500 | 2% |
| Salary Related | 2,672,596 | 12% | 3,028,250 | 11% |
| Facility Cost | 1,557,815 | 7% | 1,537,800 | 6% |
| Depreciation & Insurance | 1,760,768 | 8% | 1,687,600 | 6% |
| Selling, general and administrative | 1,177,646 | 5% | 1,439,500 | 5% |
| Other Ind. Expenses (Income) | 1,704,808 | 8% | 1,978,450 | 7% |
| Sub-Total | 21,102,820 | 94% | 24,552,350 | 92% |
| Other Expenses and Income | (19,100) | 0% | 12,640 | 0% |
| Interest Expense (Income) | 877,022 | 3.9% | 890,000 | 3.3% |
| **Total Expenses** | 21,960,742 | 98% | 25,454,990 | 96% |
| **Operating Income (Loss)** | 493,658 | 2% | 1,170,010 | 4% |

**Note #1:** Projected increase on net sales of 10% and 19% in 2011 & 2012 respectively. Based on only 5% to 10% market penetration. A new business plan and marketing plan under construction. Market segment is poised for rapid growth and penetration due to Flexible Packaging and Packaging Solutions market margins increases and more efficient operation. Scope to consolidate facilities and marketing plan into both related market segments. Company will hire new management members in finance and marketing. This projection is subject to bankruptcy plan approval, re-acquired some major customers lost due to bankruptcy. A better economical forecast in 2012.

**Note #2:** Estimated operating cost will increase in 2011 of $2,072k to promote and re-acquire customers, after company is out of bankruptcy. FS will introduce new products and inventories volume has to increase as part of sales plan. Paper cost is projected to increase in the next 24 months, however this cost will be passed to customers as part of existing contracts and market standard procedures.

|  | 2011 | | | 2012 | | |
|---|---|---|---|---|---|---|
|  | Delta | Changes % of Net Sales | $ | Delta | % of Net Sales | Total $ |
| Material Cost | 17% | 40% | $ 1,366,631 | 2,275,740 | 44% | $ 11,656,500 |
| Direct Labor | 8% | 9% | $ 191,774 | 300,766 | 10% | $ 2,770,750 |
| Mfg. Supplies | 13% | 1% | $ 43,307 | 75,058 | 2% | $ 453,500 |
| Salary Related | 13% | 11% | $ 310,818 | 355,654 | 11% | $ 3,028,250 |
| Facility Cost | 12% | 7% | $ 214,257 | (20,015) | 6% | $ 1,537,800 |
| Depreciation & Insurance | 2% | 7% | $ 27,605 | (73,168) | 6% | $ 1,687,600 |
| Selling, general and administrative | -6% | 5% | $ (76,714) | 261,854 | 5% | $ 1,439,500 |
| Other Ind. Expenses (Income) | 0% | 7% | $ (5,273) | 273,642 | 7% | $ 1,978,450 |
| Operating Expenses before Interest on Debt Service |  | 87% | 2,072,404 | 3,449,530 | 92% | 24,552,350 |

**Note #3:** Company must re-negotiate bank facilities to reduce charges. Interest expense based on bankruptcy plan pending approval using a debt rate no higher than 3.25%.

**Note #4** Sales increase will be significantly higher than cost. Operating cost reductions done in the last two years and aggressive sale and marketing projects will be critical to improve the cash position results in 2011-2012. These changes are subject to bankruptcy plan approval, re-acquired some customers loss, renegotiation of debt services rates and terms and better economical forecast in 2012.

**FLEXIBLE PACKAGING COMPANY, INC.**
**TENTATIVE PROJECTIONS**
**FOR YEARS ENDING**

|  | Sept. 30, 2011 | % | Sept. 30, 2012 | % |
|---|---:|---:|---:|---:|
| **Net Sales** | 13,300,000 | 100% | 15,800,000 | 100% |
|  |  |  |  |  |
| Material Cost | 5,719,000 | 43% | 7,110,000 | 45% |
| Direct Labor | 1,463,000 | 11% | 1,580,000 | 10% |
| Mfg. Supplies | 186,200 | 1% | 237,000 | 2% |
| Salary Related | 1,848,700 | 14% | 2,054,000 | 13% |
| Facility Cost | 798,000 | 6% | 758,400 | 5% |
| Depreciation & Insurance | 891,100 | 7% | 821,600 | 5% |
| Selling, general and administrative | 665,000 | 5% | 790,000 | 5% |
| Other Ind. Expenses (Income) | 1,064,000 | 8% | 1,264,000 | 8% |
|  |  |  |  |  |
| Sub-Total | 12,635,000 | 95% | 14,615,000 | 93% |
|  |  |  |  |  |
| Other Expenses and Income | - | 0% | 12,640 | 0% |
| Interest Expense (Income) | 520,000 | 4% | 520,000 | 3% |
|  |  |  |  |  |
| **Total Expenses** | 13,155,000 | 99% | 15,147,640 | 96% |
|  |  |  |  |  |
| **Operating Income (Loss)** | 145,000 | 1% | 652,360 | 4% |

**Note #1:** Projected increase on net sales of 9% and 19% in 2011 & 2012 respectively. Based on only 10% market penetration and new marketing plan under construction. Market segment is poised for rapid growth and penetration due to Flexible Packaging market margins increases and more efficient operation. Scope to consolidate facilities to generate additional savings. Company will hire new management members in finance and marketing. This projection is subject to bankruptcy plan approval, re-acquired some major customers lost due to bankruptcy. A better economical forecast in 2012.

**Note #2:** Estimated operating cost will increase in 2011 of $1,437k to promote and re-acquire customers after company is out of bankruptcy. FS will introduce new products and inventories volume has to increase as part of sales plan. Paper cost is projected to increase in the next 24 months, however this cost will be pass to customers as part of existing contracts.

|  | 2011 | | | 2012 | | |
|---|---:|---:|---:|---:|---:|---:|
|  | Delta | Changes % of Net Sales | $ | Delta | % of Net Sales | Total $ |
| Material Cost | 17% | 43% | $ 833,468 | 1,391,000 | 45% | 7,110,000 |
| Direct Labor | 14% | 11% | 177,014 | 117,000 | 10% | 1,580,000 |
| Mfg. Supplies | 30% | 1% | 42,529 | 50,800 | 2% | 237,000 |
| Salary Related | 12% | 14% | 199,467 | 205,300 | 13% | 2,054,000 |
| Facility Cost | -5% | 6% | (46,376) | (39,600) | 5% | 758,400 |
| Depreciation & Insurance | 3% | 7% | 29,631 | (69,500) | 5% | 821,600 |
| Selling, general and administrative | 30% | 5% | 153,332 | 125,000 | 5% | 790,000 |
| Other Ind. Expenses (Income) | 5% | 8% | 48,644 | 200,000 | 8% | 1,264,000 |
| Operating Expenses before Interest on Debt Service |  | 95% | $ 1,437,708 | 1,980,000 | 93% | 14,615,000 |

**Note #3:** Interest expense based on debt services required to move company out of bankruptcy in 2011. Interest rate used 3.25% on approximately $16MM. A full debt revision have to be done as part of bankruptcy plan pending approval.

# PACKAGING SOLUTION INC.
## TENTATIVE PROJECTIONS
## FOR YEARS ENDING

| | Sept. 30, 2011 | % | Sept. 30, 2012 | % |
|---|---|---|---|---|
| **Net Sales** | 9,154,400 | 100% | 10,825,000 | 100% |
| | | | | |
| Material Cost | 3,661,760 | 40% | 4,546,500 | 42% |
| Direct Labor | 1,006,984 | 11% | 1,190,750 | 11% |
| Mfg. Supplies | 192,242 | 2% | 216,500 | 2% |
| Salary Related | 823,896 | 9% | 974,250 | 9% |
| Facility Cost | 759,815 | 8% | 779,400 | 7% |
| Depreciation & Insurance | 869,668 | 10% | 866,000 | 8% |
| Selling, general and administrative | 512,646 | 6% | 649,500 | 6% |
| Other Ind. Expenses (Income) | 640,808 | 7% | 714,450 | 7% |
| | | | | |
| Sub-Total | 8,467,820 | 93% | 9,937,350 | 91.8% |
| | | | | |
| Other Expenses and Income | (19,100) | 0% | - | 0% |
| Interest Expense (Income) | 357,022 | 4% | 370,000 | 3% |
| | | | | |
| **Total Expenses** | 8,805,742 | 96% | 10,307,350 | 95% |
| | | | | |
| **Operating Income (Loss)** | 348,658 | 4% | 517,650 | 5% |

**Note #1:** Projected increase on sales of 11% and 18% in 2011 & 2012 respectively. Market segment is poised for rapid growth and penetration due to Flexible Solution technology and only 5% market penetration of products done out of PR. Company will hire new management members in finance and marketing. This projection is subject to bankruptcy plan approval, re-acquired some customer lost due to bankruptcy. A better economical forecast in 2012.

**Note #2:** Estimated operating cost will increase in 2011 of $650k to promote and re-acquire customers, after company is out of bankruptcy. FS will introduce new products and inventories volume has to increase as part of sales plan.

| | 2011 | | | 2012 | | |
|---|---|---|---|---|---|---|
| | Delta | Changes % of Net Sales | Increase (Reduction) $ | Delta | % of Net Sales | Total $ |
| Material Cost | 17% | 40% | $ 533,163 | 884,740 | 42% | $ 4,546,500 |
| Direct Labor | 1% | 11% | 14,760 | 183,766 | 11% | $ 1,190,750 |
| Mfg. Supplies | 0% | 2% | 778 | 24,258 | 2% | $ 216,500 |
| Salary Related | 16% | 9% | 111,352 | 150,354 | 9% | $ 974,250 |
| Facility Cost | 52% | 8% | 260,633 | 19,585 | 7% | $ 779,400 |
| Depreciation & Insurance | 0% | 10% | (2,026) | (3,668) | 8% | $ 866,000 |
| Selling, general and administrative | -31% | 6% | (230,046) | 136,854 | 6% | $ 649,500 |
| Other Ind. Expenses (Income) | -8% | 7% | (53,917) | 73,642 | 7% | $ 714,450 |
| Operating Expenses before Interest on Debt Service | | 93% | 634,696 | 1,469,530 | 92% | 9,937,350 |

**Note #3:** Interest expense based on debt services required to move company out of bankruptcy in 2011. Interest rate used 3.25% on approximately $11MM. A full debt revision have to be done as part of bankruptcy plan pending approval.